UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANNIBAL ABDULLAH-EL, | ) |
| | ) CASE NO. C14-0916-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER RE: APPLICATION TO |
| CASH AMERICA, | ) PROCEED *IN FORMA PAUPERIS* |
| | ) |
| Defendant. | ) |
| | ) |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 24th day of June, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
PAGE -1